IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES<br><br>            Plaintiff,<br><br>     v.<br><br>DIMITRI KESARI,<br><br>            Defendant. | No. 4:15-cr-103<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Susannah E. Smith, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Dimitri Kesari. Ms. Smith states that she is a member in good standing of the bar of the United States District Court for the Eastern District of Virginia, United States District Court for the Western District of Virginia, Supreme Court of Virginia, District Court of Maryland and Court of Appeals of Maryland, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Smith further states her pro hac vice admission on behalf of the defendant in this case is authorized by LR 83.1.d.3.

Ms. Smith states she can be contacted at the following locations: Harvey & Binnall, PLLC, 717 King Street, Suite 300, Alexandria, VA 22314, (703) 888-1943, (703) 888-1930 (facsimile), and ssmith@harveybinnall.com.

Dated: August 5th, 2015

          HARVEY & BINNALL, PLLC

          /s/ Susannah E. Smith
          ―――――――――――――――――――

          Susannah E. Smith
          717 King Street, Suite 300
          Alexandria, Virginia  22314
          (703) 888-1943
          (703) 888-1930 – facsimile
          ssmith@harveybinnall.com
          *Counsel for Defendant, Dimitri Kesari*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5th, 2015, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.


          /s/ Susannah E. Smith
          ―――――――――――――――――
          Susannah E. Smith