United States District Court
Southern District of Iowa

Presiding: Honorable
AUSA:                                              Defense Counsel:
Number:                                            Court Reporter:
UNITED STATES OF AMERICA                           Interpreter:
        vs.                                                Indictment     Information
                                                           Complaint      Warrant
                                                   Code Violation/Offense:

Date:
Time Start:          Time End:
........................................................................................................................
                          INITIAL APPEARANCE
Defendant Advised of Rights:          ;
to      Retain counsel;     Have CJA appointed counsel;        Have FPD appointed
        Preliminary     Removal Hearing       Arraignment
scheduled for:
........................................................................................................................
                              ARRAIGNMENT
Advised of charges/maximum penalties:        ;   Plea of not guilty entered
Indicted in True Name:                       ;      as to count(s):
    True Name:                               ;      Accepted:
Reading of Indictment Waived:                ;   Rule 16 material by:
Trial scheduled for:                         ;   Reciprocal discovery by:
Mot. cont. trial/Trial notify ddl:           ;   Pretrial motions by:
Plea entry ddl:                              ;   Plea notification deadline:
........................................................................................................................
                                  BOND
Bond previously set: $               ;   Bond set: $                         ;
Motions for detention:        ; Detention hearing set:                       ;
     Bond Continued      Deft. Committed
........................................................................................................................
Minutes:




                                                                Deputy Clerk