IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:15-CR-103-JAJ-HCA |
| | ) | |
| JESSE R. BENTON, | ) | MOTION FOR LEAVE TO FILE |
| JOHN F. TATE, and | ) | UNDER SEAL UNITED STATES' |
| DIMITRIOS N. KESARI, | ) | MOTION FOR LEAVE TO DEPOSE |
| | ) | WITNESSES AND PRESENT |
| Defendants. | ) | TESTIMONY BY DEPOSITION |

The United States of America, by and through undersigned counsel, moves to file under seal its Motion for Leave to Depose Witnesses and Present Testimony by Deposition. For cause, the government notes that the motion necessarily contains personal medical information concerning witnesses in this case.

Respectfully submitted,

RAYMOND N. HULSER
Chief, Public Integrity Section


By:      /s/ Richard C. Pilger
　　　　　Richard C. Pilger
　　　　　Director, Election Crimes Branch
　　　　　Jonathan I. Kravis
　　　　　Trial Attorney
　　　　　Public Integrity Section
　　　　　Criminal Division
　　　　　United States Department of Justice
　　　　　Criminal Division
　　　　　Tel. (202) 514-1412 (office)
　　　　　Fax: (202) 514-3003
　　　　　Email:  richard.pilger@usdoj.gov
　　　　　　　　　jonathan.kravis@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 2, 2015, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:
_____U.S. Mail _____ Fax _____Hand Delivery


__X__ECF/Electronic filing     ____Other means;

RAYMOND N. HULSER
Chief, Public Integrity Section

By:     /s/   Richard C. Pilger
        Richard C. Pilger
        Director, Election Crimes Branch
        Jonathan I. Kravis
        Trial Attorney
        Public Integrity Section
        Criminal Division
        United States Department of Justice