IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE R. BENTON and<br>DIMITRIOS N. KESARI,<br><br>Defendants. | | No. 4:15-cr-0103-JAJ<br><br><br>**VERDICT FORM** |

## **COUNT 1 - Conspiracy**

With regard to the crime of Conspiracy, as charged in Count 1 of the Indictment, we, the jury, find the defendant, **Dimitrios N. Kesari:**

\_\_\_\_ NOT GUILTY        \_\_\_\_ GUILTY

If you found the defendant guilty of Count 1, answer the following question:

What was/were the object(s) of this conspiracy? (Check all that apply)

\_\_\_\_\_Knowingly cause the concealing, covering up, falsification, and making of false entries in records, documents, and tangible objects, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and contemplation of such matter and case;

\_\_\_\_\_Willfully cause the submission of false expenditure reports of an authorized campaign committee to the FEC, which concerned no less than $25,000 in a calendar year; and

\_\_\_\_\_Knowingly and willfully falsify, conceal, and cover up by a trick, scheme, and device a material fact in a matter within the jurisdiction of the executive branch of the government of the United States.

### COUNT 2 - Causing False Records

With regard to the crime of Causing False Records, as charged in Count 2 of the Indictment, we, the jury, find the defendant, **Dimitrios N. Kesari**:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

### COUNT 3 - Causing False Campaign Contribution Reports

With regard to the crime of Causing False Campaign Contribution Reports, as charged in Count 3 of the Indictment, we, the jury, find the defendant, **Dimitrios N. Kesari**:

\_\_\_\_ NOT GUILTY          \_\_\_\_ GUILTY

### COUNT 4 - False Statements Scheme

With regard to the crime of False Statements Scheme, as charged in Count 4 of the Indictment, we, the jury, find the defendant, **Dimitrios N. Kesari**:

\_\_\_\_ NOT GUILTY          \_\_\_\_ GUILTY

### COUNT 5 - False Statements to Law Enforcement

With regard to the crime of False Statements to Law Enforcement, as charged in Count 5 of the Indictment, we, the jury, find the defendant, **Jesse R. Benton**:

_X_ NOT GUILTY          \_\_\_\_ GUILTY

### COUNT 6 - Obstruction of Justice-Law Enforcement Officers and Courts

With regard to the crime of Obstruction of Justice-Law Enforcement Officers and Courts, as charged in Count 4 of the Indictment, we, the jury, find the defendant, **Dimitrios N. Kesari**:

_X_ NOT GUILTY          \_\_\_\_ GUILTY

We, the jury, unanimously agree to all of the verdicts above.

Date: __10/22/15__