IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSE R. BENTON,<br>JOHN FREDERICK TATE, and<br>DIMITRIOS N. KESARI,<br><br>    Defendants. | No. 4:15cr0103-JAJ<br><br>ANSWER TO JURY QUESTION |

The court was presented with the following question from the jury:

"*Page 11-Count 3*
*If you find the defendant caused one or more false reports to be filed, you must unanimously agree on which false reports he caused to be filed, aggregating at least $25,000 in calendar year 2012. Please clarify.*

    *Kati Gorman*
    *Tricia Kitt*"

The court answers as follows:

"*All 12 jurors must agree on which reports aggregating (totaling) $25,000 in a calendar year were false.*

*Stated another way, you could not find that this element is satisfied if, for example, 6 jurors agreed that certain reports were false and 6 jurors believed that different reports were false.*"

**DATED** this 5th day of May, 2016.

                                          JOHN A. JARVEY, Chief Judge
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF IOWA