# WITNESS LIST

Criminal No.  4:15-cr-00103  
Caption:       U.S. v. Benton et. al.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## WITNESSES

| NAME | DATE | TIME Start | TIME End |
|---|---|---|---|
| **GOVERNMENT:** | | | |
| Aaron Dorr | 4/26/2016 | | |
| Direct | 4/26/2016 | 3:56pm | 4:33pm |
| Cross - Benton | 4/26/2016 | 4:33pm | 4:43pm |
| Cross – Tate | 4/26/2016 | 4:43pm | 4:44pm |
| Cross – Kesari | 4/26/2016 | 4:44pm | 4:45pm |
| Redirect | 4/26/2016 | 4:45pm | 4:46pm |
| Fernando Cortez-Lira | | | |
| Direct | 4/27/2016 | 9:02am | 10:23am |
| Cross - Tate | 4/27/2016 | 10:46am | 11:40am |
| Cross – Kesari | 4/27/2016 | 11:41am | 11:53am |
| Cross – Benton | 4/27/2016 | 1:15pm | 1:45pm |
| Redirect | 4/27/2016 | 1:45pm | 2:12pm |
| Recross – Tate | 4/27/2016 | 2:12pm | 2:17pm |
| Recross – Kesari | 4/27/2016 | 2:17pm | 2:21pm |
| Recross – Benton | 4/27/2016 | 2:21pm | 2:23pm |
| Karen LoStracco | 4/27/2016 | | |
| Direct | 4/27/2016 | 2:24pm | 3:10pm |
| Direct resumes | 4/27/2016 | 3:32pm | 4:59pm |
| Direct resumes | 4/28/2016 | 9:57am | 10:29am |
| Direct resumes | 4/28/2016 | 10:51am | 11:57am |
| Direct resumes | 4/28/2016 | 1:24pm | 2:23pm |
| Direct resumes | 4/28/2016 | 4:08pm | 4:24pm |
| Cross – Benton | 4/28/2016 | 4:24pm | 4:46pm |
| Cross – Benton resumes | 4/29/2016 | 9:01am | 9:17am |
| Cross – Tate | 4/29/2016 | 9:19am | 10:16am |
| Cross – Kesari | 4/29/2016 | 10:16am | 10:24am |
| Redirect | 4/29/2016 | 10:25am | 10:31am |

| | | | |
|---|---|---|---|
| Redirect resumes | 4/29/2016 | 10:52am | 11:18am |
| Recross – Benton | 4/29/2016 | 11:19am | 11:22am |
| Recross – Tate | 4/29/2016 | 11:22am | 11:24am |
| Direct resumes | 5/2/2016 | 3:17pm | 3:23pm |
| Cross – Tate | 5/2/2016 | 3:23pm | 3:25pm |
| Michael Hartsock | 4/28/2016 | | |
| Direct | 4/28/2016 | 2:24pm | 2:34pm |
| Cross – Tate | 4/28/2016 | 2:34pm | 2:45pm |
| Cross – Benton | 4/28/2016 | 2:47pm | 3:03pm |
| Redirect | 4/28/2016 | 3:03pm | 3:12pm |
| Pavlo Kesari | 4/28/2016 | | |
| Direct | 4/28/2016 | 3:14pm | 3:29pm |
| Direct resumes | 4/28/2016 | 3:50pm | 3:56pm |
| Cross – Kesari | 4/28/2016 | 3:57pm | 4:01pm |
| Cross – Tate | 4/28/2016 | 4:01pm | 4:03pm |
| Cross – Benton | 4/28/2016 | 4:03pm | 4:04pm |
| Redirect | 4/28/2016 | 4:04pm | 4:05pm |
| Direct resumes | 5/2/2016 | 2:08pm | 2:13pm |
| Cross – Kesari | 5/2/2016 | 2:13pm | 2:14pm |
| Deana Watts | 4/29/2016 | | |
| Direct | 4/29/2016 | 11:25am | 11:39am |
| Cross – Benton | 4/29/2016 | 11:39am | 11:47am |
| Cross – Tate | 4/29/2016 | 11:47am | 11:47am |
| Cross – Kesari | 4/29/2016 | 11:48am | 11:48am |
| Kent Sorenson | 4/29/2016 | | |
| Direct | 4/29/2016 | 1:02pm | 2:59pm |
| Direct resumes | 4/29/2016 | 3:20pm | 4:31pm |
| Cross - Benton | 4/29/2016 | 4:31pm | 4:54pm |
| Cross – Benton resumes | 5/2/2016 | 9:03am | 9:43am |
| Cross – Tate | 5/2/2016 | 9:43am | 10:33am |
| Cross – Tate resumes | 5/2/2016 | 10:56am | 10:56am |
| Cross – Kesari | 5/2/2016 | 10:56am | 11:26am |
| Redirect | 5/2/2016 | 11:26am | 11:49am |

| | | | |
|---|---|---|---|
| Recross – Benton | 5/2/2016 | 11:49am | 11:51am |
| Recross – Tate | 5/2/2016 | 11:51am | 11:54am |
| Recross – Kesari | 5/2/2016 | 11:54am | 11:55am |
| Reredirect | 5/2/2016 | 11:55am | 11:57am |
| Noel Izon | 5/2/2016 | | |
| Direct | 5/2/2016 | 1:17pm | 2:02pm |
| Cross – Benton | 5/2/2016 | 2:02pm | 2:04pm |
| Cross – Kesari | 5/2/2016 | 2:04pm | 2:07pm |
| Cross – Tate | 5/2/2016 | 2:07pm | 2:07pm |
| Gunnarthor Demarco | 5/2/2016 | | |
| Direct | 5/2/2016 | 2:15pm | 2:40pm |
| Cross – Tate | 5/2/2016 | 2:40pm | 2:49pm |
| Redirect | 5/2/2016 | 2:49pm | 2:52pm |
| Spencer Brooks | 5/2/2016 | | |
| Direct | 5/2/2016 | 3:26pm | 4:21pm |
| Direct resumes | 5/3/2016 | 9:27am | 9:31am |
| Cross – Benton | 5/3/2016 | 9:31am | 9:44am |
| Cross – Tate | 5/3/2016 | 9:44am | 9:47am |
| Redirect | 5/3/2016 | 9:48am | 9:51am |
| **DEFENDANTS** | | | |
| Ron Paul | 4/28/2016 | | |
| Direct – Tate | 4/28/2016 | 9:01am | 9:16am |
| Direct – Benton | 4/28/2016 | 9:16am | 9:41am |
| Cross | 4/28/2016 | 9:41am | 9:51am |
| Redirect – Benton | 4/28/2016 | 9:51am | 9:53am |
| Redirect – Kesari | 4/28/2016 | 9:53am | 9:56am |
| Polyanski | 5/3/2016 | | |
| Direct – Tate | 5/3/2016 | 9:54am | 10:05am |
| Cross | 5/3/2016 | 10:05am | 10:08am |
| Andrew Parrish | 5/3/2016 | | |
| Direct – Tate | 5/3/2016 | 10:08am | 10:18am |
| Cross | 5/3/2016 | 10:18am | 10:23am |
| Redirect | 5/3/2016 | 10:23am | 10:24am |

| Tanya Hester | 5/3/2016 | | |
|---|---|---|---|
| Direct – Benton | 5/3/2016 | 10:25am | 10:41am |
| Cross | 5/3/2016 | 10:42am | 10:48am |
| Redirect | 5/3/2016 | 10:48am | 10:50am |
| John Daeza | 5/3/2016 | | |
| Direct – Benton | 5/3/2016 | 11:11am | 11:20am |
| Direct – Tate | 5/3/2016 | 11:21am | 11:25am |
| Cross | 5/3/2016 | 11:25am | 11:39am |
| Redirect – Benton | 5/3/2016 | 11:39am | 11:40am |
| Redirect – Tate | 5/3/2016 | 11:40am | 11:40am |
| Nikolass Spanos | 5/3/2016 | | |
| Direct – Kesari | 5/3/2016 | 1:19pm | 1:24pm |
| Direct – Benton | 5/3/2016 | 1:24pm | 1:27pm |
| Cross | 5/3/2016 | 1:28pm | 1:32pm |